**Order entered October 14, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-22-00946-CV

### CITY OF LONE OAK, TEXAS, Appellant

### V.

### LONE OAK INDEPENDENT SCHOOL DISTRICT, Appellee

**On Appeal from the 354th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 91463**

### ORDER

Before the Court is appellant's October 10, 2022 first motion for a thirty-day extension of time to November 22 to file its brief and appellee's response opposing the motion. Because this is an accelerated appeal, we **GRANT** the motion **only to the extent** that we extend the time to November 14, 2022.

/s/     KEN MOLBERG
        JUSTICE